IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-20313 |
|    Susan Hertzler, | : | |
|    f/k/a Susan Levkus | : | Chapter 13 |
|       Debtor, | : | |
| | : | Related to Document No. 1 |
|    Alan R. Patterson III, Esq, | : | |
|       Movant | : | |
|       v. | : | |
| | : | |
|    No Respondent. | : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, Alan R. Patterson III, counsel for the debtor in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Allegheny County
c/o Jordan Tax Service, Inc.
PO Box 200
Bethel Park, PA  15102-0200

Ally Financial
200 Renaissance Ctr
Detroit, MI  48243-1300

Ally Financial
PO Box 380901
Bloomington, MN  55438-0901

Amex
Correspondence
PO Box 981540
El Paso, TX  79998-1540

Amex
PO Box 297871
Fort Lauderdale, FL  33329-7871

Arthur Lashin
c/o Hayt & Landau, LLC
123 S Broad St Ste 1660
Philadelphia, PA  19109-1003

Atlantic Credit & Finance
PO Box 11887
Roanoke, VA  24022-1887

Bank Od America
NC4-105-03-14
PO Box 26012
Greensboro, NC  27420-6012

Bank Of America
PO Box 982238
El Paso, TX  79998-2238

Bank of America
NC4-105-03-14
PO Box 26012
Greensboro, NC  27420-6012

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT  84130-0285

Capital One Bank USA N
15000 Capital One Dr
Richmond, VA  23238-1119

Capital One Bank USA N A
c/o Arthur Lashin, Esquire
123 S Broad St Ste 1660
Philadelphia, PA  19109-1003

PAWB Local Form 29 (07/13)

Chase
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE  19850-5298

Chase
PO Box 15298
Wilmington, DE  19850-5298

Chase Card
PO Box 15298
Wilmington, DE  19850-5298

Citi Cards
PO Box 6403
Sioux Falls, SD  57117-6403

Citibank/Exxon Mobile
Citicorp Credit Srvs/Centralized Bankrup
PO Box 790040
Saint Louis, MO  63179-0040

Citibank/Goodyear
CitiCorp Credit Card Services/Attention
PO Box 790040
Saint Louis, MO  63179-0040

Citizens Bank
1 Citizens Dr
Riverside, RI  02915-3019

Comcast Cable Communications
c/o Enhanced Recovery Corp.
8014 Bayberry Rd
Jacksonville, FL  32256-7412

Dicover Bank
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE  19850-5316

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH  43054-3025

ERC
PO Box 23870
Jacksonville, FL  32241-3870

Erc/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL  32256-7412

Exxon Mobil
PO Box 78072
Phoenix, AZ  85062-8072

Exxon Mobil Citi
PO Box 6497
Sioux Falls, SD  57117-6497

First Source Advantage, LLC
205 Bryant Woods S
Amherst, NY  14228-3609

Frederic I. Weinberg, Esq.
375 E Elm St Ste 210
Conshohocken, PA  19428-1973

Goodyear/cbna
PO Box 6497
Sioux Falls, SD  57117-6497

Gregg L. Morris, Esquire
Patenaude & Felix APC
213 E Main St
Carnegie, PA  15106-2701

Huntington Mortgage Co
7575 Huntington Park Dr
Columbus, OH  43235-5618

Huntington Natl Bk
Huntington National Bank - Bankruptcy No
PO Box 89424
Cleveland, OH  44101-6424

Jefferson Hospital
PO Box 3475
Toledo, OH  43607-0475

Jeffrey Suher, Esq
4328 Old William Penn Hwy Ste 2J
Monroeville, PA  15146-1496

John Weinstein, County Treasurer
Courthouse,
436 Grant St Ste 108
Pittsburgh, PA  15219-2429

**PAWB Local Form 29 (07/13)**

Keystone Collections Group
PO Box 499
Irwin, PA  15642-0499

Kohls/Capital One
PO Box 3120
Milwaukee, WI  53201-3120

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI  53051

Mindland Funding, LLC
2365 Northside Dr Ste 30
San Diego, CA  92108-2709

Northland Group, Inc.
PO Box 390846
Minneapolis, MN  55439-0846

Richard A Allen, Tax Collector
West Mifflin Area School District
1020 Lebanon Rd
West Mifflin, PA  15122-1036

Richard Allen, Tax Collector
Borough of West Mifflin
1020 Lebanon Rd
West Mifflin, PA  15122-1036

Sam's Club
Attn: Bankruptcy Department
PO Box 103104
Roswell, GA  30076-9104

Stradley, Ronon, Stevens & Young
457 Haddonfield Rd Ste 100
Cherry Hill, NJ  08002-2223

Syncb/lowes
PO Box 965005
Orlando, FL  32896-5005

Synchrony Bank
PO Box 105972
Atlanta, GA  30348-5972

Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 103104
Roswell, GA  30076-9104

Td Bank USA/Targetcred
PO Box 673
Minneapolis, MN  55440-0673

The Thomassen Law Group, PC
2670 S White Rd Ste 119
San Jose, CA  95148-2072

Tnb-Visa (TV) / Target
C/O Financial & Retail Services Mailstop
PO Box 9475
Minneapolis, MN  55440-9475

Weltman, Weinberg & Reis Co. LPA
436 7th Ave Ste 2500
Pittsburgh, PA  15219-1842

West Mifflin School District
c/o McGrail & Associates, LLC
1714 Lincoln Way
White Oak, PA  15131-1716

EXECUTED ON: 1/31/2016

By:/s/ Alan R. Patterson, III
Alan R. Patterson, III
Gross & Patterson, LLC
428 Forbes Avenue, Suite 103
Pittsburgh, PA 15219
(412) 281-2928
79798-PA
apattersonlaw@gmail.com

**PAWB Local Form 29 (07/13)**